1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10
11
12
13
14
15
16

| | |
|---|---|
| ROBERT KESSLER,<br><br>                    Plaintiff,<br><br>                    -vs-<br><br>MIDWAY INN CORPORATION and<br>KHAO HOMM LLC, individually,<br><br>                    Defendants. | Cause No. 2:21-cv-816-RSL<br><br><br>JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

17
18
19
20

        Plaintiff, Robert Kessler, and all defendants in this case, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

21

        **IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

22

        Dated this 12th day of August, 2021.

23
24
25
26
27

_MnS S Casnik_
Robert S. Lasnik
United States District Judge

Enabled Law Group
P.O. Box 18953
Spokane, WA 99228
(206)-445-3961

DATED this 12 August 2021.

Respectfully submitted,

_/s/ Derek Butz_

Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com

_/s/ Philip A. Haas_

Philip A. Haas
WSBA #46959
HAAS LAW, P.S.
506 Second Avenue, Suite 1400
Seattle, WA 98104
206-853-3379
phil@haasattorneys.com
_Attorney for Defendant Khao Homm LLC_

_/s/ D. Benjamin Lee_

D. Benjamin Lee
WSBA #14422
1621 114th Avenue SE, Ste. 220
Bellevue, WA 98004
425-979-5411
blee@dbleelaw.com
_Attorney for Defendant Midway Inn Corporation_

Enabled Law Group
P.O. Box 18953
Spokane, WA 99228
(206)-445-3961